**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

Juan Carlos Bahena,

        Plaintiff,

    v.

                  and

Aahil Corporation d/b/a Subway and
Shezy A Bachlani
        Defendants.

Case No. __21-CV-6298_____

PLAINTIFF DEMANDS
TRIAL BY JURY

**COMPLAINT**

Plaintiff, Juan Carlos Bahena ("Plaintiff"), by and through their attorneys, Daniel I. Schlade and James M. Dore, complain against Aahil Corporation d/b/a Subway ("Defendant" or "Subway") and Shezy A Bachlani ("Defendant" or "Bachlani"). Subway and Bachlani may collectively be referred to as "Defendants". In support of this Complaint, Plaintiff states:

**Introduction**

1.    This action seeks redress for Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendants' failure to pay overtime wages owed.

**Parties**

2.    Plaintiff is a resident of Chicago, Illinois; and he was employed by Subway and Bachlani.

3.    Subway is a business that is located, headquartered, and conducts business in Chicago, Illinois.

4.    Bachlani is the owner and President Of Subway, and they are in charge of its employees. On information and belief, Bachlani is a resident of Chicago, Illinois.

5.      Defendants are "an enterprise engaged in commerce or in the production of goods for commerce" under 29 USC § 203(s)(1)(A)(i) and (ii) because they have annual gross volume of sales made or business done of at least $500,000; and because they are engaged in interstate commerce or in the production of goods for interstate commerce.

## Jurisdiction And Venue

6.      The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

7.      Venue is proper in the NORTHERN District of Illinois because all underlying facts and transactions occurred in or about Chicago, Illinois.

## Facts Common To All Claims

8.      Subway is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

9.      Bachlani is an "employer" as that term is defined in Section 203 of the FLSA, because: (1) they were Plaintiff's head "boss" at Subway; (2) they had the power to hire and fire the employees, including Plaintiff; (3) they supervised and controlled Plaintiff's work schedules and conditions of employment; (4) they determined the rate and method of payment for employees; and (5) they maintained employment records.

## COUNT I: VIOLATION OF THE FLSA

10.     Plaintiff reincorporates by reference Paragraphs 1 through 9, as if set forth in full herein for Paragraph 10.

11.     Plaintiff began working at Subway in or before October 2020, and he is still employed there.

12.     At all times, Plaintiff held the same position at **Subway**, they were a general worker for Subway sandwich shop.  Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform various tasks, including making sandwiches, food preparation, and working the cash register, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

13.     Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average , since January 2021, 53 hours per week.

14.     Plaintiff was paid their wages on a(n) hourly basis.

15.     Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

16.     Plaintiff's rate of pay was $10 per hour from October 2020 until April 2021.  In April 2021, Plaintiff's rate of pay increased to $12 per hour.

17.     Throughout the course of Plaintiff's employment with Defendants Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

18.     Defendants did not pay Plaintiff the prevailing minimum wage nor did they pay him one and a half (1.5) times the prevailing minimum wage during the hours worked in excess of forty (40) hours per week.

19.     On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

20.     Plaintiff is entitled to recover unpaid minimum wages, overtime wages, and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $11,059.50 in unpaid overtime wages; (ii) liquidated damages of $11,059.50;

and (iii) Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit A.

WHEREFORE, Plaintiff Juan Carlos Bahena respectfully requests that the Court enter a judgment in their favor and against Defendants Subway and Bachlani jointly and severally, for:

A.    The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $11,059.50;

B.    An award liquidated damages in an amount equal to at least $11,059.50;

C.    A declaration that Defendants violated the FLSA;

D.    An award reasonable attorneys' fees and costs; and

E.    Any such additional or alternative relief as this Court deems just and proper.

## COUNT II: VIOLATION OF IMWL

21.    Plaintiff incorporates by reference Paragraphs 1-20, as if set forth in full herein for this Paragraph 21.

22.    This count arises from Defendant's violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

23.    Defendant's failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

24.    Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

25.    The amount of unpaid overtime wages owed to Plaintiff is $                    .

**WHEREFORE**, Plaintiff Juan Carlos Bahena respectfully requests that the Court enter a judgment in their favor and against Defendants Subway and Bachlani jointly and severally, for:

A.  The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $11,059.50;

B.  Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C.  Declare that Defendants have violated the IMWL;

D.  Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E.  Grant such additional or alternative relief as this Honorable Court deems just and proper.

Juan Carlos Bahena

s/Daniel I. Schlade
Attorney For Plaintiff

James M. Dore (ARDC No. 6296265)
Daniel Schlade (ARDC No. 6273007)
Attorney For Plaintiffs
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email:  jmdore70@sbcglobal.net
        danschlade@gmail.com

**PLAINTIFF DEMANDS TRIAL BY JURY**

# EXHIBIT A

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Chi. Min. Wage | Unpaid Min. Wage | Unpaid OT | FLSA Liquidated | IWML Treble |
|---|---|---|---|---|---|---|---|---|
| 10/4/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 10/11/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 10/18/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 10/25/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 11/1/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 11/8/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 11/15/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 11/22/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 11/29/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 12/6/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 12/13/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 12/20/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 12/27/2020 | 28 | 0 | $10.00 | $13.50 | $98.00 | $0.00 | $98.00 | $294.00 |
| 1/3/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 1/10/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 1/17/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 1/24/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 1/31/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 2/7/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 2/14/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 2/21/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 2/28/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 3/7/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 3/14/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 3/21/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 3/28/2021 | 53 | 13 | $10.00 | $13.50 | $185.50 | $87.75 | $273.25 | $819.75 |
| 4/4/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 4/11/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 4/18/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 4/25/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 5/2/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 5/9/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 5/16/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 5/23/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 5/30/2021 | 53 | 13 | $12.00 | $13.50 | $79.50 | $87.75 | $167.25 | $501.75 |
| 6/6/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 6/13/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 6/20/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 6/27/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 7/4/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 7/11/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 7/18/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 7/25/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 8/1/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 8/8/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 8/15/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 8/22/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 8/29/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 9/5/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/12/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 9/19/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 9/26/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 10/3/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 10/10/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 10/17/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 10/24/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 10/31/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 11/7/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| 11/14/2021 | 53 | 13 | $12.00 | $14.00 | $106.00 | $91.00 | $197.00 | $591.00 |
| TOTALS | 53 | 247 | | | 6,945.00 | $4,114.50 | $11,059.50 | $33,178.50 |